No. 347, Misc. DUNCAN *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 476, Misc. BLACK *v.* MINNESOTA. Supreme Court of Minnesota. Certiorari denied. Petitioner *pro se. Miles Lord,* Attorney General of Minnesota, and *Charles E. Houston,* Solicitor General, for respondent.

No. 521, Misc. NEALEY *v.* FLORIDA. Supreme Court of Florida. Certiorari denied.

No. 538, Misc. COLLINS *v.* ILLINOIS. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 546, Misc. HESS *v.* PETRILLO ET AL. C. A. 7th Cir. Certiorari denied. *Thomas M. Quinn* for petitioner. *Henry Kaiser* for New et al., respondents.

No. 547, Misc. VISCONTI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 560, Misc. DEAN, ALIAS LEE, *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 567, Misc. PIASCIK *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.